IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANIEL KEVIN SCHMIDT,

    Petitioner,

v.                                          CASE NO. 5:04-cv-00095-RH-AK

JAMES V. CROSBY, JR,

    Respondent.
_____/

## **O R D E R**

This matter is before the Court on Doc. 70, Motion for Leave to File Supplemental Emergency Motion for Partial Summary Judgment, by Petitioner. Having carefully considered the matter, the Court finds the motion is not well taken, and it is **DENIED**.

Also before the Court is Doc. 97, Motion to Expand Record, by Petitioner. For good cause shown, the Court finds this motion is well taken, and it is **GRANTED**. However, no further expansion or supplementation of the record will be allowed.

**DONE AND ORDERED** this *13th* day of July, 2005.

                              s/ A. KORNBLUM
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**