IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANIEL KEVIN SCHMIDT,

    Petitioner,

vs.                                         CASE NO. 5:04cv95/RS

JAMES MCDONOUGH,

    Respondent.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 181) and Petitioner's Objection To Report and Recommendation (Doc. 183). I have reviewed Petitioner's objections *de novo*. I find that the Magistrate Judge properly applied the deferential standard of review required by 28 U.S.C. §2254(d).

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Petition For Writ of Habeas Corpus (Doc. 1) is **denied**, and this case is dismissed with prejudice.

3. The clerk is directed to close the file.

ORDERED on July 20, 2007.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**