IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANIEL KEVIN SCHMIDT,

       Petitioner,

v.                                CASE NO. 5:04-cv-95-RS-CAS

JULIE JONES, Secretary
of Department of Corrections,

       Respondent.

_____/

## ORDER

Before me are the Magistrate Judge's Amended Report and Recommendation (Doc. 256) and Petitioner's Renewed Motion for Bail Pending Final Decision (Doc. 265). I have reviewed the report and recommendation *de novo*. I have also reviewed Petitioner's Objection to Magistrate's Amended report and Recommendation (Doc. 264).

After reviewing the objections, I agree with the Magistrate Judge's well-reasoned conclusion that Petitioner's 60(b) motion is not, as Petitioner claims, a good-faith claim against the sentencing court's subject-matter jurisdiction; it is rather an attempt to re-litigate the merits of his previously-decided habeas corpus petition. Petitioner's motion for equitable relief suffers from the same flaw. I

further agree with the Magistrate Judge that it is troubling that Petitioner offers no explanation for seven-year delay in filing his motion.

Because I adopt the Magistrate Judge's recommendation and deny Petitioner's motions, his renewed motion for bail is moot. Therefore,

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Petitioner's Motion to Vacate Order and Judgment Pursuant to Rule 60(b)(4) (Doc. 234) is **DENIED.**

3. Petitioner's Motion Equitably Amending Relief Sought in his § 2254 Petition as to Ground Eleven (Doc. 246) is **DENIED.**

4. A Certificate of Appealability is **DENIED.**

5. Petitioner's Renewed Motion for Bail Pending Final Decision (Doc. 265) is **DENIED.**

**ORDERED** on April 2, 2015.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**